IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:13CR00169-001 KGB | |
| DALU CHEN | | DEFENDANT |

### ORDER

On June 18, 2013, Assistant United States Attorney Julie E. Peters filed her motion for substitution of counsel requesting that she be replaced as counsel of record by Assistant United States Attorney Kristin Bryant . (Dkt. 9)

For good cause shown, IT IS THEREFORE ORDERED that Kristin Bryant is hereby substituted as counsel of record for the government, and Julie E. Peters is relieved from any further representation of the government in this matter.

IT IS SO ORDERED this 24th day of June, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE